**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **SUSAN MONTGOMERY** | ) | |
| | ) | **Bankruptcy No. 16-15206** |
| | ) | |
| **Debtor.** | ) | **Honorable Jacqueline P. Cox** |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 8, 2017, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: November 8, 2017                              _/s/ Rachel A. Leibowitz_
                                                    Paralegal

Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
312.360.1501

## **SERVICE LIST**

Instant Care Medical Group
c/o Nancy Beyer, Esq.
1614 N. Harlem Avenue
Elmwood Park, IL 60707

Instant Care Medical Group, SC
815 Howard
Evanston, IL 60202

Illinois Spine & Scoliosis Center
12791 W. 143rd St., #110
Homer Glen, IL 60491

Robert J. Adams & Associates
c/o David J. Axelrod & Associates
1448 Old Skokie Rd #C
Highland Park IL 60035

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

HERITAGE ACCEPTANCE CORPORATION
121 SOUTH MAIN STREET
ELKHART, IN 46516

Susan Montgomery
1808 W. Montrose Avenue
Chicago, IL 60618

Janna L Quarless*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

United States Trustee Patrick S. Layng*
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-15206 |
| | § | |
| SUSAN MONTGOMERY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 11/30/2017, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/08/2017           By:   /s/ David P. Leibowitz
                                           Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 16-15206 |
|---|---|---|
| | § | |
| SUSAN MONTGOMERY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $25,000.00
*and approved disbursements of*     $18,634.44
*leaving a balance on hand of[1]:*     $6,365.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| | Instant Care Medical Group, SC | $2,373.28 | $2,000.00 | $0.00 | $2,000.00 |
| | Illinois Spine and Scoliosis Center | $215.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $2,000.00
Remaining balance:     $4,365.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| David P. Leibowitz, Trustee Expenses | $18.14 | $0.00 | $18.14 |
| Lakelaw, Attorney for Trustee Fees | $1,200.00 | $0.00 | $1,200.00 |
| Lakelaw, Attorney for Trustee Expenses | $61.20 | $0.00 | $61.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Other: Susan Montgomery Contingent Fee, Special Counsel for Trustee Fees | $8,333.33 | $8,333.33 | $0.00 |
|---|---|---|---|
| Other: Susan Montgomery Expenses, Special Counsel for Trustee Expenses | $3,717.80 | $3,717.80 | $0.00 |

                Total to be paid for chapter 7 administrative expenses:      $3,279.34
                                          Remaining balance:      $1,086.22

    Applications for prior chapter fees and administrative expenses have been filed as follows: NONE


                Total to be paid to prior chapter administrative expenses:      $0.00
                                            Remaining balance:      $1,086.22

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,894.14 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $1,894.14 | $0.00 | $1,086.22 |

                              Total to be paid to priority claims:      $1,086.22
                                              Remaining balance:      $0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $4,004.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Robert J. Adams & Associates | $3,832.56 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

|   | 3 | American InfoSource LP as agent for | $172.29 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $6,685.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | HERITAGE ACCEPTANCE CORPORATION | $6,685.23 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)