**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-15206 |
| | § | |
| SUSAN MONTGOMERY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $22,057.00 |
| Total Distributions to Claimants: | $3,086.22 | Claims Discharged Without Payment: | $94,570.69 |
| Total Expenses of Administration: | $15,413.78 | | |

3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $6,500.00 (see **Exhibit 2**), yielded net receipts of $18,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,500.00 | $2,588.28 | $2,000.00 | $2,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,166.28 | $15,413.78 | $15,413.78 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,894.14 | $1,894.14 | $1,086.22 |
| General Unsecured Claims (from **Exhibit 7**) | $85,978.69 | $10,690.08 | $10,690.08 | $0.00 |
| **Total Disbursements** | $90,478.69 | $31,338.78 | $29,998.00 | $18,500.00 |

4). This case was originally filed under chapter 7 on 05/03/2016. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2018          By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal injury settlement - Grazian & Volpe, PC, 773-838-8100 | 1242-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $25,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SUSAN MONTGOMERY | Exemptions | 8100-002 | $6,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $6,500.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Spine and Scoliosis Center | 4220-000 | $0.00 | $215.00 | $0.00 | $0.00 |
| | Instant Care Medical Group, SC | 4220-000 | $4,500.00 | $2,373.28 | $2,000.00 | $2,000.00 |
| **TOTAL SECURED CLAIMS** | | | $4,500.00 | $2,588.28 | $2,000.00 | $2,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.14 | $18.14 | $18.14 |
| International Sureties, Ltd | 2300-000 | NA | $4.94 | $4.94 | $4.94 |
| Green Bank | 2600-000 | NA | $78.37 | $78.37 | $78.37 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,952.50 | $1,200.00 | $1,200.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $61.20 | $61.20 | $61.20 |
| John Grazian, Special Counsel for Trustee | 3210-600 | NA | $8,333.33 | $8,333.33 | $8,333.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| John Grazian, Special Counsel for Trustee | 3220-610 | NA | $3,717.80 | $3,717.80 | $3,717.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,166.28 | $15,413.78 | $15,413.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $0.00 | $1,894.14 | $1,894.14 | $1,086.22 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,894.14 | $1,894.14 | $1,086.22 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Robert J. Adams & Associates | 7100-000 | $2,906.00 | $3,832.56 | $3,832.56 | $0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | $0.00 | $172.29 | $172.29 | $0.00 |
| 4 | HERITAGE ACCEPTANCE CORPORATION | 7200-000 | $0.00 | $6,685.23 | $6,685.23 | $0.00 |
| | ADT | 7100-000 | $1,755.64 | $0.00 | $0.00 | $0.00 |
| | ARMOR SYSTMS | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | ARMOR SYSTMS | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | AT&t Uverse | 7100-000 | $614.00 | $0.00 | $0.00 | $0.00 |
| | CHGO PO ECU | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $1,350.00 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $3,542.00 | $0.00 | $0.00 | $0.00 |
| | CREDIT ACCEPTANCE | 7100-000 | $10,836.00 | $0.00 | $0.00 | $0.00 |
| | DIVERSIFIED CONSULTANT | 7100-000 | $3,756.00 | $0.00 | $0.00 | $0.00 |
| | ENHANCED RECOVERY CO L | 7100-000 | $59.00 | $0.00 | $0.00 | $0.00 |
| | Gateway Medical Center | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GINNY'S INC | 7100-000 | $503.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Hawthorme Works Medical Imaging | 7100-000 | $8,435.00 | $0.00 | $0.00 | $0.00 |
| HERTG ACCPT | 7100-000 | $7,762.00 | $0.00 | $0.00 | $0.00 |
| Illinois Back Institute | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Illinois Spine & Scoliosis Center | 7100-000 | $1,650.00 | $0.00 | $0.00 | $0.00 |
| Injured Workers Pharmacy | 7100-000 | $664.01 | $0.00 | $0.00 | $0.00 |
| Midwest Academy of Pain & Spine | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| Midwest Associates in Neurology | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mt. Sinai Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pain Treatment Centers of IL | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| PEOPLES ENGY | 7100-000 | $1,053.00 | $0.00 | $0.00 | $0.00 |
| Richard Bavers | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| Rush University Medical Center | 7100-000 | $6,348.00 | $0.00 | $0.00 | $0.00 |
| Schwab Rehabilitation Hospital | 7100-000 | $8,252.00 | $0.00 | $0.00 | $0.00 |
| SEVENTH AVENUE | 7100-000 | $531.00 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $3,756.04 | $0.00 | $0.00 | $0.00 |
| Stellar Rec | 7100-000 | $186.00 | $0.00 | $0.00 | $0.00 |
| SYNCB/CARE CREDIT | 7100-000 | $1,933.00 | $0.00 | $0.00 | $0.00 |
| Taylor Rehabilitation and Wellness Center | 7100-000 | $4,825.00 | $0.00 | $0.00 | $0.00 |
| VIRTUOSO SRC | 7100-000 | $1,312.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $85,978.69 | $10,690.08 | $10,690.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 16-15206 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONTGOMERY, SUSAN | Date Filed (f) or Converted (c): | 05/03/2016 (f) |
| For the Period Ending: | 8/29/2018 | §341(a) Meeting Date: | 06/07/2016 |
| | | Claims Bar Date: | 03/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1998 Lincoln Mark VIII (100,976 miles) | $2,887.00 | $0.00 | | $0.00 | FA |
| 2  Used Furniture | $650.00 | $0.00 | | $0.00 | FA |
| 3  Cell Phone | $250.00 | $0.00 | | $0.00 | FA |
| 4  Used Women's Clothing | $420.00 | $0.00 | | $0.00 | FA |
| 5  Women's Costume Jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 6  Checking account: Chase | $200.00 | $0.00 | | $0.00 | FA |
| 7  Child Support Settlement - back due child support (lump sum, being paid in increments) (u) | $11,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Added by amended schedules on 05/13/2016 (Dkt. #10) | | | | | |
| 8  Personal injury settlement - Grazian & Volpe, PC, 773-838-8100 (u) | $25,000.00 | $18,500.00 | | $25,000.00 | FA |
| Asset Notes:  Updated per amended schedules (11/17/16, Dkt. #30) Debtor agreed to lesser exemption in lieu of Trustee's objection. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $40,557.00 | $18,500.00 | | $25,000.00 | $0.00 |

**Major Activities affecting case closing:**

06/30/2017  2017 Reporting Period:

The Trustee discovered, during the course of due diligence research, an unscheduled, pending personal injury case filed by the Debtor. The Trustee employed special counsel and recovered a total of $25,000.

The Trustee moved to avoid two medical liens. One was avoided, and the other was settled for an agreed reduced valuation pursuant to Rule 3012. After paying the reduced lien and significantly reducing the Trustee commission and his attorney's fees, the estate will yield a 57% dividend at the priority level.

TFR to be prepared.

| Initial Projected Date Of Final Report (TFR): | 11/24/2017 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-15206 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MONTGOMERY, SUSAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1289 | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/29/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2017 | | Illinois Farmers Insurance Company | Personal Injury Claim settlement/Roberta Hanson | * | $25,000.00 | | $25,000.00 |
| | {8} | | Estate Portion of PI Settlement    $18,500.00 | 1242-000 | | | $25,000.00 |
| | {8} | | Debtor's Exempt Portion of PI Settlement    $6,500.00 | 1242-002 | | | $25,000.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $28.63 | $24,971.37 |
| 02/01/2017 | 3001 | John Grazian | Special Personal Injury Counsel's fees and expenses (dkt. 45) | * | | $12,051.13 | $12,920.24 |
| | | | Susan Montgomery Contingent fee    $(8,333.33) | 3210-603 | | | $12,920.24 |
| | | | Susan Montgomery expenses    $(3,717.80) | 3220-613 | | | $12,920.24 |
| 02/09/2017 | 3001 | VOID: John Grazian | Void of Check# 3001 (Check not received; stopped payment) | * | | ($12,051.13) | $24,971.37 |
| | | | Susan Montgomery Contingent fee    $8,333.33 | 3210-603 | | | $24,971.37 |
| | | | Susan Montgomery expenses allowed    $3,717.80 | 3220-613 | | | $24,971.37 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $14.83 | $24,956.54 |
| 02/09/2017 | 3002 | VOID: International Sureties, Ltd | Void of Check# 3002 (amount incorrect) | 2300-003 | | ($14.83) | $24,971.37 |
| 02/09/2017 | 3003 | John Grazian | Special Personal Injury Counsel's fees and expenses (dkt. 45) | * | | $12,051.13 | $12,920.24 |
| | | | John Grazian    $(8,333.33) | 3210-600 | | | $12,920.24 |
| | | | John Grazian    $(3,717.80) | 3220-610 | | | $12,920.24 |
| 02/09/2017 | 3004 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $4.94 | $12,915.30 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $27.61 | $12,887.69 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.13 | $12,865.56 |
| 04/10/2017 | 3005 | SUSAN MONTGOMERY | Debtor's Exempt Portion of PI Settlement | 8100-002 | | $6,500.00 | $6,365.56 |
| 12/04/2017 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.14 | $6,347.42 |
| 12/04/2017 | 3007 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,000.00 | $4,347.42 |
| 12/04/2017 | 3008 | Lakelaw | Claim #: ; Amount Claimed: $61.20; Distribution Dividend: 100.00%; | 3120-000 | | $61.20 | $4,286.22 |
| 12/04/2017 | 3009 | Lakelaw | Claim #: ; Amount Claimed: $1,952.50; Distribution Dividend: 100.00%; | 3110-000 | | $1,200.00 | $3,086.22 |
| 12/04/2017 | 3010 | Instant Care Medical Group, SC | Claim #: ; Amount Claimed: $2,373.28; Distribution Dividend: 100.00%; | 4220-000 | | $2,000.00 | $1,086.22 |
| | | | SUBTOTALS | | $25,000.00 | $23,913.78 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-15206 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONTGOMERY, SUSAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1289 | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/29/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/04/2017 | 3011 | Department of the Treasury | Claim #: 2; Amount Claimed: $1,894.14; Distribution Dividend: 57.35%; | 5800-000 | | $1,086.22 | $0.00 |
| | | | **TOTALS:** | | $25,000.00 | $25,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,000.00 | $25,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $6,500.00 | |
| | | | **Net** | | $25,000.00 | $18,500.00 | |

**For the period of 5/3/2016 to 8/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $18,500.00 |
| Total Non-Compensable Receipts: | $6,500.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18,500.00 |
| Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/04/2017 to 8/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $18,500.00 |
| Total Non-Compensable Receipts: | $6,500.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18,500.00 |
| Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-15206 |
| Case Name: | MONTGOMERY, SUSAN |
| Primary Taxpayer ID #: | **-***1289 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 5/3/2016 |
| For Period Ending: | 8/29/2018 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******0601 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,000.00 | $25,000.00 | $0.00 |

**For the period of 5/3/2016 to 8/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $18,500.00 |
| Total Non-Compensable Receipts: | $6,500.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18,500.00 |
| Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2016 to 8/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $18,500.00 |
| Total Non-Compensable Receipts: | $6,500.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18,500.00 |
| Total Non-Compensable Disbursements: | $6,500.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ